20949. WILLIAMSON v. BURCH et al.

BROYLES, C. J. Under the facts of the case as disclosed by the record, the verdict relieving from liability the surety on the bond was authorized, and the court did not err in overruling the motion for a new trial based upon the usual general grounds.

Judgment affirmed. Luke and Bloodworth, JJ., concur.

DECIDED DECEMBER 19, 1930.

T. J. Sappington, J. H. Milner, for plaintiff.

20959. GUEST v. THE STATE.

BLOODWORTH, J. The motion for a new trial in this case is based upon the general grounds only. The verdict of guilty is neither contrary to law, contrary to evidence, nor without evidence to support it; and the court did not err in overruling the motion.

Judgment affirmed. Broyles, C. J., and Luke, J., concur.

DECIDED DECEMBER 19, 1930.

J. A. Drake, for plaintiff in error.
B. T. Castellow, solicitor-general, Bond Almand, contra.